UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAQUAN J. CRITTENDON,

        Plaintiff,

Case No. 15-13845

Honorable John Corbett O'Meara

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.
                                    /

### ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S NOVEMBER 17, 2016 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's November 17, 2016 Report and Recommendation, as well as Plaintiff's December 1, 2016 objections to the report and Defendant's December 12, 2016 response to those objections.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Stafford's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Baquan J. Crittendon's motion for summary judgment is **DENIED.**

It is further **ORDERED** that defendant Commissioner's motion for summary judgment is **GRANTED**, and the Commissioner's decision is **AFFIRMED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: February 17, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 17, 2017, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager